**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**RODNEY SMITH LTD,**

**Plaintiff,**

**-against-**

**MASCO CORPORATION and DELTA FAUCET COMPANY,**

**Defendants.**

---------------------------------------------------------- x

**26-cv-04991 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 5, 2026, Defendant filed a letter motion requesting a conference on an anticipated motion to dismiss in this action. *See* ECF No. 24. The Plaintiff is hereby **ORDERED** to respond to this request by **November 16, 2026.**

**SO ORDERED.**

**Dated: November 12, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**