**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RODNEY SMITH LTD,**<br>**Plaintiff,**<br>**-against-**<br>**MASCO CORPORATION and DELTA FAUCET COMPANY,**<br>**Defendants.** | **26-cv-04991 (ALC)**<br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On November 5, 2026, Defendants filed a letter motion requesting a conference on an anticipated motion to dismiss in this action. *See* ECF No. 24. Plaintiff responded on November 16, 2026, requesting until December 14, 2026, to amend the complaint. *See* ECF No. 26. The Court hereby GRANTS Plaintiff's request to file an amended complaint by December 14, 2026. As such, the Defendants' request for a pre-motion conference is denied without prejudice. Following the filing of Plaintiff's amended complaint, Defendants may renew their request for a pre-motion conference.

The Court respectfully directs the Clerk of Court to terminate the pending letter motion at ECF No. 24.

**SO ORDERED.**

**Dated: November 24, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**